```
Emilio R. D. Martinez
ATTORNEY AT LAW
State Bar Number: 343646
Martinez Law Office
Muir Executive Center
535 Main Street
Martinez, CA 94591
707-251-9383
martinezemilio475@yahoo.com
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JENNIFER ISABELLE BURBANK,<br><br>vs.<br><br>ALMA M. LINSEMEYER, REBECCA TAYLOR-FORD, MICHELLE DeMOSS, LISA MALDONADO, CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE, KAISER PERMANENTE SANTA ROSA MEDICAL CENTER AND MEDICAL OFFICES, & DOES 1-100, JOHN M. SMITH,<br><br>Defendants. | Case No.: 4:22-cv-02332-HSG<br><br>Plaintiff's Order DENYING Advancement of Notice of Motion Remand to State Court and Attorney's Fees & Costs incurred pursuant to 28 U.S.C § 1447(c)<br><br><br>**DATE:** August 11, 2022<br>**TIME:** 2:00 PM<br>**JUDGE:** Hon. Haywood Gillian Jr. |

   Before the Court is the Motion to Remand pursuant to 24 U.S.C, § 1447(c) by Plaintiff Jennifer Burbank in the above titled action. Having read the parties' papers and carefully considered their arguments, and good cause appearing, the Court hereby GRANTS the following orders:

**ORDER**

IT IS HEREBY ORDERED Plaintiff's Motion to Remand the case to State Court shall be put back on Calendar for August 11, 2022 at 2:00 pm.

Yes_____                                         No_____

IT IS HEREBY ORDERED Plaintiff's Motion to Remand the Case to State Court shall be put on Calendar some time prior to September 1, 2022.

Yes_____                                         No_____

**IT IS SO ORDERED**

_____                          Dated:  7/29/2022
Hon. Haywood
United

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

*Administrative Motion*                           2                           *Proposed Order*