Howard Williams
State Bar Number: #207242
910 Court St,
Martinez, CA 94553-1731
925-257-2946
howardwilliams@icloud.com

Emilio R. D. Martinez
State Bar Number: 343646
535 Main St.
Martinez CA, 94553
707-251-9383
martinezemilio475@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Jennifer Isabelle Burbank,<br><br>Plaintiff,<br><br>v.<br><br>Alma M. Linsenmeyer,<br>Rebecca Taylor-Ford,<br>Michelle DeMoss<br>Kaiser Permanente Santa Rosa Medical Center and Medical Offices,<br>& Does 1-100,<br><br>Defendants | Case No.: 4:22-CV-02332-HSG<br><br>[*Removed from Sonoma County Superior Court, Case No. SCV-270114*]<br><br>**ORDER TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA (as modified)**<br><br>Action Filed:   January 31, 2022<br>Action Removed: April 14, 2022<br>Trial Date:    None set |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Action be remanded to the Superior Court of California for the County of Sonoma;

5

2. The Superior Court of California for the County of Sonoma will be the place of venue for this Action; and

3. The Parties are to bear their own fees and costs with respect to these federal proceedings.

4. Clerk is directed to close the case.

Dated: 9/19/2022

*Haywood S. Gilliam, Jr.*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE